# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. |
| | : | 11cr117 |
| JOSE ROSA | : | |
| | : | |
| | : | |
| | : | |

## ORDER RE DEFENDANT'S REQUEST FOR
## HIS SENTENCING TRANSCRIPT AT CJA EXPENSE

Defendant's request for his sentencing transcript at CJA expense (Doc. #**278**) is DENIED.

The Criminal Justice Act (the "CJA") allows for the authorization and payment of services to financially eligible persons in regard to "investigative, expert, or other services necessary to adequate representation."  7A Guide to Judiciary Policy § 310.10.10.  The guidelines provide that the "costs of services of a personal nature and expenses incidental thereto which cannot be considered legal representation are not compensable under CJA," and specify that such services include "providing legal assistance in matters unrelated to the litigation of the case."  Id. at § 230.66.20(b).  The guidelines permit the use of CJA funds to pay for transcripts for representational services such as appeals and habeas corpus petitions.  See id. at § 320.30.10.

The defendant requests that a copy of his sentencing transcript be prepared, sent to his attorney and paid for pursuant to the CJA.  The defendant states that he needs the transcript to ensure his personal safety while he is in the custody of the Bureau of Prisons.  Specifically, he notes that the transcript will help him prove that he was not a cooperating witness.  Because the

requested transcript is for personal use and is not being sought for representational services, the transcript request is denied.

**SO ORDERED** this 13th day of March 2013 at Bridgeport, Connecticut.

_/s/ Stefan R. Underhill_
Stefan R. Underhill
United States District Judge